UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/18/2015
```

-------------------------------------------------------------------X
           :

JOHN NALEWAJK,             :
           :
          Plaintiff,    :      14-CV-8199 (JMF) (SN)
           :
      -v-           :      ORDER OF REFERENCE
           :      TO A MAGISTRATE
METROPOLITAN LIFE INSURANCE COMPANY,  :      JUDGE
           :
        Defendant.    :
           :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:  December 18, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge